IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DALE RUSSELL, #112117,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CIVIL CASE NO. 1:20-cv-635-ECM |
| ) | (WO) |
| REOSHA BUTLER, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

**MEMORANDUM OPINION and ORDER**

On March 7, 2023, the Magistrate Judge entered a Recommendation (doc. 40) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the special report (doc. 31) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 31) is GRANTED; and

3. this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 27th day of March, 2023.

　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE